UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SYLVIA COBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3-15-01217 |
| v. ) | Senior Judge Haynes |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 22), recommending to dismiss this action for failure to prosecute and comply with Court Orders. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED.** This action is **DISMISSED without prejudice.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the ___ day of October, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge